**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION as Receiver for BANKUNITED, F.S.B,<br><br>Plaintiff,<br><br>vs.<br><br>ERIC K. HSING, an individual d/b/a K.C. & ASSOCIATES f/k/a K.C. APPRAISAL SERVICES,<br><br>Defendant.<br><br>And cross-action. | **Case No.: 12-CV-1530 YGR**<br><br>**ORDER TO SHOW CAUSE RE: FAILURE TO FILE TIMELY JOINT CASE MANAGEMENT STATEMENT AND CONTINUING CASE MANAGEMENT CONFERENCE** |

This matter is currently scheduled for a further case management conference on Wednesday, June 5, 2013. The Local Rules provide that "[u]nless otherwise ordered, no fewer than 7 days before any subsequent case management conference, the parties must file a Joint Case Management Statement, reporting progress or changes since the last statement was filed and making proposals for the remainder of the case development process." Civil L.R. 16-10(c). As of the date of this Order, the parties have not filed a Joint Case Management Statement.

Accordingly, the parties are **ORDERED TO SHOW CAUSE** why they should not be sanctioned for failure to timely file a Joint Case Management Statement. A hearing on the Order to Show Cause will be held on **Monday, June 17, 2013, at 2:00 p.m.** in the Federal Courthouse, 1301 Clay Street, Oakland, California, in Courtroom 5.

By no later than **June 10, 2013**, the parties must file: (1) a joint case management statement, which includes a statement that they have reviewed the Local Rules with respect to their

responsibilities; and (2) a written response to this Order to Show Cause why they should not be sanctioned for their failure to timely file a joint case management statement.

The Case Management Conference set for Wednesday, June 5, 2013, is **CONTINUED** to **Monday, June 17, 2013, at 2:00 p.m**.

**IT IS SO ORDERED**.

**Date:** June 3, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**