**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION as Receiver for BANKUNITED, F.S.B, <br><br> Plaintiff, <br><br> vs. <br><br> ERIC K. HSING, an individual d/b/a K.C. & ASSOCIATES f/k/a K.C. APPRAISAL SERVICES, <br><br> Defendant. <br><br> And cross-action. | **Case No.: 12-CV-1530 YGR** <br><br> **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

On June 17, 2013, the appearing parties filed a "(Second Amended) Joint Case Management Conference Statement" (Dkt. No. 62). In that statement, Defendant and Cross-Claimant Erik K. Hsing indicates that he intends to seek entry of default with respect to Third Party Defendant Xun Sun aka Tommy Sun. As of the date of this order, no such request has been filed. Further, while the appearing parties indicate at page 2, lines 21-23 that they wish to stipulation to reassignment for all purposes to Magistrate Judge Beeler, numbered paragraph 10 of that same statement indicates that they do not stipulate to the jurisdiction of a magistrate.

The Case Management Conference set for June 24, 2013, is **CONTINUED** to **Monday, July 8, 2013, at 2:00 p.m**.

By no later than **July 2, 2013**, the parties must file an updated statement addressing the status of the default/appearance of Xun Sun aka Tommy Sun; a joint statement by all parties clarifying their consent to assignment to a particular magistrate judge for all purposes.

**IT IS SO ORDERED**.

**Date: June 21, 2013**

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**