UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION as Receiver for BANKUNITED F.S.B., <br><br>        Plaintiff, <br>   v. <br><br>ERIC K. HSING, an individual d/b/a K.C. & ASSOCIATES f/k/a K.C. APPRAISAL SERVICES, type of entity unknown, and DOES 1 through 10, inclusive, <br><br>        Defendants. <br>_____/ | No. C 12-01530 LB <br><br>**NOTICE OF REFERRAL AND HEARING DATE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

    Pursuant to Local Rule 72-1 and the consent of the appearing parties, the district court has referred this matter to United States Magistrate Judge Laurel Beeler for all purposes including trial and entry of judgment.

    YOU ARE NOTIFIED THAT a Case Management Conference has been scheduled for August 15, 2013 at 11:00 a.m. in Courtoom C, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102. If the Case Management Conference date is inconvenient, the parties may reschedule by contacting Courtoom Deputy Lashanda Scott at (415) 522-3140 with their

NOTICE OF REFERRAL AND ORDER
C 12-01530 LB

1  proposed dates, which must comport with the court's law and motion calendar.  *See* Judge Beeler's
2  Standing Order (attached).  The parties shall file a Joint Case Management Conference Statement by
3  August 8, 2013 (or at least seven days prior to the Case Management Conference).

4  **IT IS SO ORDERED**

5  Dated:  July 24, 2013

_____
LAUREL BEELER
6  United States Magistrate Judge

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**

NOTICE OF REFERRAL AND ORDER
C 12-01530 LB                                              2